No. 11-13-00284-CR PD-0868&0869-15
No. 11-13-00285-CR

In the Court of Criminal Appeals, State of Texas

unlawful Possession )( On Discretionary Review
of a firearm
Cause Nos. CR21838
App.Nos. 11-13-00284-CR
Marc Shawn Walden )( With Petition
now Appellant pro se
V.
The State of Texas )( From
Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

Possession of a Controlled )(
substance with intent to
deliver
Cause Nos. CR21977
App.Nos. 11-13-00285-CR )( The Eleventh Court
Marc Shawn Walden
now Appellant pro se
V.
The State of Texas )( of Appeals
Appellee

FILED IN
COURT OF CRIMINAL APPEALS
JUL 14 2015
Abel Acosta, Clerk

Motion for Extension of Time to File Discretionary
Review with Petition TRAP 68.2(c)

Now comes Marc Shawn Walden, Appellant pro se in the
above-entitled and numbered cause, and in support
of this Motion for Extension of time to File Disetion-
ary Review with Petition would respectfully show
the court ~~was~~ as follows:

On June the 18th, 2015, the 11th court of appeals
concludes that there is no error in the judment of

(1)

the 35th District court, So the trial courts judgment was affirmed. Do to time constraints created as a result of the TRAP. 68.2(time to file Petition) and 11th court of appeals judgment of opinon filed June 18th, 2015, and appellant pro se unsure if day count as business days (monday-Friday) or all days (sunday-Saterday) TRAP 68.2(a) claim 30 days to file a Petition will range from 18th to the 26th of July 2015.

The length of extension of time sought is 60 days; the 11th Court of Appeals has Judgment of opinion that has been brought along with Argument of Authority and Cross Reference cases. So currently incarcerated in this TDCJ-CID Coffield unit and proceeding in a pro-se Status with this court, being indigent (can not afford) (lawyer to represent these causes listed above) The TDCJ law Library of the coffield unit only allows up to 10-15 hours per-week for research to ~~reply~~ reply with P.D.R petition.

TRAP 10.5(b)(3)(D). Is a request (or rule) for date of every motion for rehearing or en banc reconsideration was filed, and either the date and nature of the court of appeals' ruling on the motion. Or that it remains pending. I tried to have some "say-so" in my case; 11th court of appeals

(2)

denied me on what is called "hybrid representation". (Rudd v. State, 616 S.W. 2d 623, 625 (Tex. Crim. App. 1981.)). So I only have motion not filed and reason to why not. It will be in this mailed in letter. I also have a letter from lawyer Perry B. Sims that proves no assistance of what a discretionary review is, nothing about 30 day time limit, or the address or name of court were a P.D.R. takes place.

Appellants' pro se requests on an additional sixty(60) days for the preparation of discretionary review Petition. The request is made not for the purpose of delay but only for justice my be done.

## Prayer

Appellant under pro se prays that this Honorable Court would GRANT this motion and give a appellant 60 days, from the time, this hearing takes place on this motion; if at all possible please send the letter from that Lawyer Perry B. Sims back with answer on motion. It is very important to myself of this letter for reason of state bar. The TDCJ Coffield unit does not do copies (because inmate were using for more then legal help).

(3)

# Inmate Declaration

I, Marc Shawn Walden, being currently incarcerated in the TDCJ at the H.H. Coffield unit in Tennessee Colony, Anderson County, Texas, declares under the penalty of perjury that the foregoing statements are true and correct to the best of this Appellant's (my) Knowledge.

Executed on this 8th day of July, 2015

Respectfully Submitted,

Marc Shawn Walden
TDCJ-ID#1874224
H.H. Coffield unit
2661 F.M. 2054
Tennessee Colony-Texas
-75884-

Written By
Marc Shawn Walden
Delivered By U.S.A. Postal
mail @ to the Court of Criminal
Appeals 7-8-15



30

## Court of Appeals
### Eleventh District of Texas
100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

August 4, 2014

JIM R. WRIGHT
CHIEF JUSTICE

MIKE WILLSON
JUSTICE

JOHN M. BAILEY
JUSTICE

SHERRY WILLIAMSON
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
sherry.williamson@txcourts.gov
www.11thcoa.courts.state.tx.us

Marc S. Walden
#1874774
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

**RE:** Appellate Case Number: 11-13-00284-CR
Trial Court Case Number: CR21838
**Style:** Marc Shawn Walden
v. The State of Texas

We have this day RECEIVED "Appellant's pro se motion to amend and/or supplement appellant brief" in the above cause. The motion will not be filed for the following reason.

We have informed you by previous correspondence, there is no right to hybrid representation. Rudd v. State, 616 S.W.2d 623, 625 (Tex.Crim.App.1981)." Your counsel is: Perry B. Sims, P.O. Box 3100, Early, TX 76802. Only filings and correspondence by Mr. Sims will be considered by the Court.

Respectfully yours,

Sherry Williamson

Sherry Williamson, Clerk

By: Johanna Blair, Deputy

Perry B. Sims DELIVERED VIA E-MAIL
Micheal Murray, District Attorney DELIVERED VIA E-MAIL



**31**

# Court of Appeals

JIM R. WRIGHT
CHIEF JUSTICE

MIKE WILLSON
JUSTICE

JOHN M. BAILEY
JUSTICE

## Eleventh District of Texas

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

August 4, 2014

SHERRY WILLIAMSON
CLERK

TELE: 254/629-2638
FAX: 254/629-2191

sherry.williamson@txcourts.gov
www.11thcoa.courts.state.tx.us

Marc S. Walden
#1874774
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

**RE:** Appellate Case Number: 11-13-00285-CR
Trial Court Case Number: CR21977
**Style:** Marc Shawn Walden
v. The State of Texas

We have this day RECEIVED "Appellant's pro se motion to amend and/or supplement appellant brief" in the above cause. The motion will not be filed for the following reason.

We have informed you by previous correspondence, there is no right to hybrid representation. Rudd v. State. 616 S.W.2d 623, 625 (Tex.Crim.App.1981)." Your counsel is: Perry B. Sims, P.O. Box 3100, Early, TX 76802. Only filings and correspondence by Mr. Sims will be considered by the Court.

Respectfully yours,

*Sherry Williamson*

Sherry Williamson, Clerk

By: Johanna Blair, Deputy

Perry B. Sims DELIVERED VIA E-MAIL
Micheal Murray, District Attorney DELIVERED VIA E-MAIL

# LAW OFFICE of PERRY B. SIMS

## 960 EARLY BLVD.
## EARLY, TEXAS 76802

Office: 325-998-1009 Email: perrysims@verizon.net

Fax: 325-480-2752

June 17, 2015

Marc S. Walden
#1874774
Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884

RE: Appeal Decision

Mr. Walden,

Enclosed please find correspondence from the 11th Court of Appeals with a decision on your appeal. Unfortunately, the appeal was denied and the ruling of the trial court in both of your cases was affirmed. You may request the Court of Criminal Appeals for discretionary review of this decision by the 11th Court of Appeals. I am no longer allowed to practice criminal defense pursuant to the terms of my new employment, so you will need to explore other representation for any further legal work.

Very truly yours,

Perry B. Sims